CLOSED, ECF, LEAD

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-04725-KMK
### Internal Use Only

05 - 643

Kimball v. MBNA Corp. et al
Assigned to: Judge Kenneth M. Karas
Related Case: 1:05-cv-05168-KMK
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 05/16/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY [signature]
DEPUTY CLERK

**Plaintiff**

**Scott Kimball**
*on behalf of himself and all others similarly situated*

represented by **Curtis Victor Trinko**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212-490-9550
Fax: 212-986-0158
Email: ctrinko@trinko.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MBNA Corp.**

represented by **Richard C. Pepperman, II**
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
NY, NY 10007
(212) 558-3493
Fax: (212) 558-3588
Email: peppermanr@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce L. Hammonds**

represented by **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth A. Vecchione**

represented by **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Richard K. Struthers     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Charles C. Krulak     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

John R. Cochran, III     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Michael G. Rhodes     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Lance L. Weaver     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

John W. Scheflen     represented by    **Richard C. Pepperman, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

Virginia McMath     represented by    **Curtis Victor Trinko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

Activest Investmentgesellschaft mbH     represented by    **Peter Edward Seidman**
Milberg Weiss Bershad & Schulman LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 613-5625
Fax: (212) 868-1229

**Movant**

| | | |
|---|---|---|
| **City of Deerfield Beach Non-Uniform Employees Retirement Plan** | represented by | **Mario Alba, Jr**<br>Cauley Geller Bowman & Rudman LLP<br><br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>631-367-7100<br>Fax: 631-367-1173<br>Email: malba@lerachlaw.com<br>*ATTORNEY TO BE NOTICED* |

Email: pseidman@milberg.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2005 | 1 | COMPLAINT against Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, MBNA Corp., Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, Charles C. Krulak, John R. Cochran, III. (Filing Fee $ 250.00, Receipt Number 543297)Document filed by Scott Kimball. (jog, ) Additional attachment(s) added on 5/20/2005 (gf, ). (Entered: 05/17/2005) |
| 05/16/2005 | | SUMMONS ISSUED as to Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, MBNA Corp., Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, Charles C. Krulak, John R. Cochran, III. (jog, ) (Entered: 05/17/2005) |
| 05/16/2005 | | Magistrate Judge James C. Francis is so designated. (jog, ) (Entered: 05/17/2005) |
| 05/16/2005 | | Case Designated ECF. (jog, ) (Entered: 05/17/2005) |
| 07/05/2005 | 2 | MOTION to Consolidate Cases 1:05-cv-05168 *Appointment as Lead Plaintiffs, and for Approval of Selection of Lead Counsel*. Document filed by Virginia McMath, Scott Kimball. (Attachments: # 1 Certificate of Service)(Trinko, Curtis) (Entered: 07/05/2005) |
| 07/05/2005 | 3 | MEMORANDUM OF LAW in Support re: 2 MOTION to Consolidate Cases 1:05-cv-05168 *Appointment as Lead Plaintiffs, and for Approval of Selection of Lead Counsel*.. Document filed by Virginia McMath, Scott Kimball. (Trinko, Curtis) (Entered: 07/05/2005) |
| 07/05/2005 | 4 | DECLARATION of Curtis V. Trinko in Support re: 2 MOTION to Consolidate Cases 1:05-cv-05168 *Appointment as Lead Plaintiffs, and for Approval of Selection of Lead Counsel*.. Document filed by Virginia McMath, Scott Kimball. (Attachments: # 1 Exhibits A-E)(Trinko, Curtis) (Entered: 07/05/2005) |
| 07/05/2005 | 5 | MOTION to Appoint Activest Investmentgesellschaft mbH to serve as lead plaintiff(s). Document filed by Activest Investmentgesellschaft mbH. (Attachments: # 1 Text of Proposed Order)(Seidman, Peter) |

| | | |
|---|---|---|
| | | (Entered: 07/05/2005) |
| 07/05/2005 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Appoint Activest Investmentgesellschaft mbH to serve as lead plaintiff(s).. Document filed by Activest Investmentgesellschaft mbH. (Seidman, Peter) (Entered: 07/05/2005) |
| 07/05/2005 | 7 | DECLARATION of Peter E. Seidman in Support re: 5 MOTION to Appoint Activest Investmentgesellschaft mbH to serve as lead plaintiff(s).. Document filed by Activest Investmentgesellschaft mbH. (Attachments: # 1 Exhibit A - Complaint# 2 Exhibit B - 1st Notice# 3 Exhibit C - Certifications# 4 Exhibit D - Loss Chart# 5 Exhibit E - Firm Resume)(Seidman, Peter) (Entered: 07/05/2005) |
| 07/05/2005 | 8 | MOTION to Appoint City of Deerfield Beach Non-Uniform Employees Retirement Plan to serve as lead plaintiff(s). Document filed by City of Deerfield Beach Non-Uniform Employees Retirement Plan. (Attachments: # 1 Text of Proposed Order)(Alba, Mario) (Entered: 07/05/2005) |
| 07/05/2005 | 9 | MEMORANDUM OF LAW in Support re: 8 MOTION to Appoint City of Deerfield Beach Non-Uniform Employees Retirement Plan to serve as lead plaintiff(s).. Document filed by City of Deerfield Beach Non-Uniform Employees Retirement Plan. (Alba, Mario) (Entered: 07/05/2005) |
| 07/05/2005 | 10 | DECLARATION of Mario Alba Jr. in Support re: 8 MOTION to Appoint City of Deerfield Beach Non-Uniform Employees Retirement Plan to serve as lead plaintiff(s).. Document filed by City of Deerfield Beach Non-Uniform Employees Retirement Plan. (Attachments: # 1 Exhibit A - notice# 2 Exhibit B - loss chart# 3 Exhibit C - certification# 4 Exhibit D - firm resume)(Alba, Mario) (Entered: 07/05/2005) |
| 07/11/2005 | 11 | FILING ERROR - WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY - RULE 7.1 DISCLOSURE STATEMENT (Memorandum of Law in Support of Motion). Document filed by MBNA Corp. (Pepperman, Richard) Modified on 7/12/2005 (kg). (Entered: 07/11/2005) |
| 07/11/2005 | 12 | MOTION to Consolidate Cases 05-5168 *with 05-4725*., MOTION to Transfer Case *to the District of Delaware*. Document filed by Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, MBNA Corp., Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, Charles C. Krulak, John R. Cochran, III. (Attachments: # 1 Memorandum in Support# 2 Affidavit Ryan C. Williamsn)(Pepperman, Richard) (Entered: 07/11/2005) |
| 07/12/2005 |  | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Note to Attorney Richard Pepperman to RE-FILE Document 11 Rule 7.1 Disclosure Statement. (kg) (Entered: 07/12/2005) |
| 07/19/2005 | 13 | ENDORSED LETTER addressed to Judge Kenneth M. Karas from Mario Alba, Jr. dated 7/5/05 re: Counsel writes to request to make a |

| | | |
|---|---|---|
| | | motion for appointment as lead plaintiff in these actions. The application by Lerach Coughlin to file a motion on behalf of a would-be lead plaintiff is granted. The motion shall be filed forthwith. Upon receipt of any other similar motions filed by other plaintiffs, the Court will set a briefing schedule. So Ordered. (Signed by Judge Kenneth M. Karas on 7/5/05) (jco, ) (Entered: 07/20/2005) |
| 07/20/2005 | 14 | ORDER; the pre-motion conference shall be held on 7/27/05 at 2:30 p.m. in U.S. Courthouse for the Southern District of New York, Courtroom 21D. (Signed by Judge Kenneth M. Karas on 7/19/05) (sac, ) (Entered: 07/21/2005) |
| 07/21/2005 | 15 | ENDORSED LETTER addressed to Judge Kenneth M. Karas from Peter E. Seidman dated 7/5/05 re: Counsel write to seek leave from that rule for the purpose of meeting publication of the notice advising of the filing of the first action. Leave is granted to Activest Investmentgesellschaft mbH to file its motion to be appointed lead plaintiff without the submission of a pre-motion letter. The briefing of this motion is addressed in a separate order of the Court dated 7/12/05. So Ordered. (Signed by Judge Kenneth M. Karas on 7/12/05) (jco, ) (Entered: 07/22/2005) |
| 07/22/2005 | 16 | MEMORANDUM OF LAW in Opposition re: 12 MOTION to Consolidate Cases 05-5168 *with 05-4725*. MOTION to Transfer Case *to the District of Delaware*. MOTION to Transfer Case *to the District of Delaware*., 8 MOTION to Appoint City of Deerfield Beach Non-Uniform Employees Retirement Plan to serve as lead plaintiff(s)., 2 MOTION to Consolidate Cases 1:05-cv-05168 *Appointment as Lead Plaintiffs, and for Approval of Selection of Lead Counsel.*. Document filed by Activest Investmentgesellschaft mbH. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Rado, Andrei) (Entered: 07/22/2005) |
| 07/22/2005 | 17 | MEMORANDUM OF LAW in Opposition re: 8 MOTION to Appoint City of Deerfield Beach Non-Uniform Employees Retirement Plan to serve as lead plaintiff(s)., 5 MOTION to Appoint Activest Investmentgesellschaft mbH to serve as lead plaintiff(s)., 2 MOTION to Consolidate Cases 1:05-cv-05168 *Appointment as Lead Plaintiffs, and for Approval of Selection of Lead Counsel.*. Document filed by Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, MBNA Corp., Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, Charles C. Krulak, John R. Cochran, III. (Pepperman, Richard) (Entered: 07/22/2005) |
| 07/22/2005 | 18 | NOTICE of Withdrawal of Motion for Lead Plaintiff. Document filed by Virginia McMath, Scott Kimball. (Trinko, Curtis) (Entered: 07/22/2005) |
| 07/27/2005 | | Minute Entry for proceedings held before Judge Kenneth M. Karas : Motion Hearing held on 7/27/2005 re: Case called for pre motion conference. Scheduling order set. Oral argument set for 8/29/05 @11 a.m. (pl, ) (Entered: 08/11/2005) |
| 07/28/2005 | 19 | ORDER; Plaintiffs response to dfts motion to consolidate/Transfer actions are due on or before 8/17/05; dfts reply due 8/23/05; oral |

| | | |
|---|---|---|
| | | argument scheduled for 8/29/05 @ 11:00 a.m. (Signed by Judge Kenneth M. Karas on 7/28/05) (pl, ) (Entered: 07/29/2005) |
| 07/28/2005 | 🔍 | Set/Reset Scheduling Order Deadlines: Responses due by 8/17/2005 Replies due by 8/17/2005. Oral Argument set for 8/29/2005 11:00 AM before Judge Kenneth M. Karas. (pl, ) (Entered: 07/29/2005) |
| 08/03/2005 | 🔍20 | ENDORSED LETTER addressed to Judge Karas from Richard C. Pepperman, II dated 7/28/05 re: request that the Court deem the papers previously filed by defendants with the Court on 7/11/05 as defendants' motion to consolidate actions 05cv4725 and 05cv5168 and transfer them to the District of Delaware pursuant to 28 U.S.C. 1404(a). So Ordered (Signed by Judge Kenneth M. Karas on 8/3/05) (yv, ) (Entered: 08/04/2005) |
| 08/17/2005 | 🔍21 | MEMORANDUM OF LAW in Opposition re: 12 MOTION to Consolidate Cases 05-5168 *with 05-4725*. MOTION to Transfer Case *to the District of Delaware*. MOTION to Transfer Case *to the District of Delaware*.. Document filed by Scott Kimball. (Attachments: # 1 Certificate of Service)(Trinko, Curtis) (Entered: 08/17/2005) |
| 08/17/2005 | 🔍22 | DECLARATION of Jeffrey B. Silverstein in Opposition re: 12 MOTION to Consolidate Cases 05-5168 *with 05-4725*. MOTION to Transfer Case *to the District of Delaware*. MOTION to Transfer Case *to the District of Delaware*.. Document filed by Scott Kimball. (Trinko, Curtis) (Entered: 08/17/2005) |
| 08/24/2005 | 🔍23 | REPLY MEMORANDUM OF LAW in Support re: 12 MOTION to Consolidate Cases 05-5168 *with 05-4725*. MOTION to Transfer Case *to the District of Delaware*. MOTION to Transfer Case *to the District of Delaware*.. Document filed by Michael G. Rhodes, Lance L. Weaver, John W. Scheflen, MBNA Corp., Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, Charles C. Krulak, John R. Cochran, III. (Pepperman, Richard) (Entered: 08/24/2005) |
| 08/30/2005 | | *** Set/Clear Flags *** Added flag(s):LEAD, as per doc #17, fld in 00-5168 (cd, ). (Entered: 08/31/2005) |
| 08/30/2005 | 🔍 | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Delaware. Sent original file along with documents numbered 1-23, certified copy of docket entries and transfer order.. (cd, ) (Entered: 08/31/2005) |