UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KIMBALL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>VS.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUSTHER, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER AND JOHN W. SCHEFLEN,<br><br>DEFENDANTS. | Case No. 1:05-cv-04725-KMK |
| VIRGINIA MCMATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>VS.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUSTHER, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER AND JOHN W. SCHEFLEN,<br><br>DEFENDANTS. | Case No. 1:05-cv-05168-KMK |

**DECLARATION OF CURTIS V. TRINKO
IN SUPPORT OF MOTION OF THE KIMBALL MOVANTS FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFFS,
AND FOR APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Curtis V. Trinko, under penalty of perjury, hereby declare:

- 1 -

1. I am the principal attorney with the law firm entitled the Law Offices of Curtis V. Trinko, LLP. I submit this declaration in support of the Motion of Kimball Movants for Consolidation, Appointment As Lead Plaintiffs, And For Approval Of Selection Of Co-Lead Counsel.

2. Attached hereto as Exhibit A are true and correct copies of the PSLRA notice published on *Business Wire* on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certifications for Scott Kimball, Virginia McMath, M.B. Kajbafnezhad, James Moran, and Nancy Kisha Moran.

4. Attached hereto as Exhibit C is the estimate of Movant's losses.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of the Law Offices of Curtis V. Trinko, LLP.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of the Law Office of Alfred G. Yates Jr., PC.

Dated:   July 5, 2005
         New York, New York

                                           _____/S_____
                                                Curtis V. Trinko