**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――x
:
SCOTT KIMBALL, On behalf of himself and all :
others similarly situated, : Case No. 1:05-cv-04725-KMK
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
―――――――――――――――――――x
:
VIRGINIA McMATH, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-05168-KMK
:
                Plaintiff, : <u>CLASS ACTION</u>
:
  vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
―――――――――――――――――――x

**[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD**
**<u>PLAINTIFF AND LEAD COUNSEL</u>**

Upon consideration of the motions and supporting papers filed by Activest Investmentgesellschaft mbH for account of the PT-Master fund and Enerfonds ("Activest") and the other movants for lead plaintiff in the above-captioned action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion of the Activest is **GRANTED**;

2. The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a);

3. Activest is hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii).

4. The law firm of Milberg Weiss Bershad & Schulman LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

SO ORDERED.

DATED: _____, 2005          _____
                                       UNITED STATES DISTRICT
                                       JUDGE