UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
:
SCOTT KIMBALL, On behalf of himself and all :
others similarly situated,                  :   Case No. 1:05-cv-04725-KMK
                                            :
            Plaintiff,                      :   CLASS ACTION
                                            :
    vs.                                     :
                                            :
MBNA CORP., BRUCE L. HAMMONDS,              :
KENNETH A. VECCHIONE, RICHARD K.            :
STRUTHERS, CHARLES C. KRULAK, JOHN          :
R. COCHRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER, and JOHN W.                :
SCHEFLEN,                                   :
                                            :
            Defendants.                     :
                                            :
———————————————————x
:
VIRGINIA McMATH, On behalf of herself and   :
all others similarly situated,              :   Case No. 1:05-cv-05168-KMK
                                            :
            Plaintiff,                      :   CLASS ACTION
                                            :
    vs.                                     :
                                            :
MBNA CORP., BRUCE L. HAMMONDS,              :
KENNETH A. VECCHIONE, RICHARD K.            :
STRUTHERS, CHARLES C. KRULAK, JOHN          :
R. COCHRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER, and JOHN W.                :
SCHEFLEN,                                   :
                                            :
            Defendants.                     :
                                            :
———————————————————x

**DECLARATION OF PETER E. SEIDMAN IN SUPPORT OF THE MOTION OF
ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Peter E. Seidman, under penalties of perjury, hereby declare:

1.  I am a member of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). I submit this declaration in support of the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund and Enerfonds ("Activest") For Consolidation, Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel.

2.  Attached hereto as Exhibit A is a true and correct copy of the complaint in the action *Phillips v. MBNA Corp., et al.*, No. 05-CV-277 (D. Del. filed May 9, 2005)(GMS).

3.  Attached hereto as Exhibit B is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

4.  Attached hereto as Exhibit C is a true and correct copy of the PSLRA certifications of Activest.

5.  Attached hereto as Exhibit D is a chart analyzing and presenting the financial interest of Activest in the litigation.

6.  Attached hereto as Exhibit E is the firm resume of Milberg Weiss.

Dated:    July 5, 2005
New York, New York                    /s/ Peter E. Seidman
                                      Peter E. Seidman