# EXHIBIT C

Case 1:05-cv-00643-GMS    Document 24-13    Filed 09/02/2005    Page 1 of 4

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Andreas Fehrenbach and Hubertus Becker, on behalf of the Activest Investmentgesellschaft mbH ("Activest"), for accounts of the PT-Master fund and ENERFONDS, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint in this matter and designate Milberg Weiss Bershad & Schulman LLP as counsel for Activest in this action for all purposes.

2. As Managing Counsel and Legal Counsel of Activest, we have been duly authorized by Activest to pursue litigation against MBNA Corp. and the other defendants.

3. Activest did not acquire MBNA Corp. securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Activest is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. Activest will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Activest sought to serve as a representative party for a class in an action under the federal securities laws, but either withdrew its application or its application was denied in favor of other investors with more significant losses:

*Spigle v. Federal Home Loan Mortgage Corp.*, No. 03-CV-4261 (S.D.N.Y. 2003)
*In re Alstom SA Sec. Litig.*, No. 03-CV-6595 (S.D.N.Y. 2003)
*Williams v. Elan Corp. plc*, No. 05-CV-10413 (D.Mass. 2005)[1]
*Taubenfeld v. Electronic Arts, Inc.*, No. 05-CV-1325 (N.D.Cal. 2005)
*Erickson v. Rhodia S.A.*, No. 05-CV-2461 (D.N.J. 2005)
*Capone v. MBIA, Inc.*, No 05-CV-3709 (S.D.N.Y. 2005)
*Grobler v. Doral Corp.* No. 05-CV-4077 (S.D.N.Y. 2005)
*City of Delray Beach Police & Firefighters Ret. Sys. v. Delphi Corp., et al.*, No. 05-CV-70945 (E.D. Mich. 2005)

and has been appointed co-lead plaintiff in *Williams v. Elan Corp. plc*, No. 05-CV-10413 (D.Mass. 2005).

7. Activest understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since the beginning of the Class Period, Activest has made transactions in MBNA Corp. listed in Schedule A attached hereto and will provide records of those transactions upon request.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Activest Investmentgesellschaft mbH

Executed this 5th day of July, 2005

_____
Andreas Fehrenbach
Managing Counsel

_____
Hubertus Becker
Legal Counsel

# SCHEDULE A
## ACTIVEST ENERFONDS TRANSACTIONS IN MBNA CORP. (NYSE: KRB)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): | | | |
| | 09/29/04 | 11,400 | $25.5343 |
| | 09/30/04 | 3,900 | $25.5256 |
| | 10/04/04 | 3,800 | $25.9048 |
| | 12/21/04 | 7,700 | $28.2971 |
| Sale(s): | | | |
| | 10/17/03 | 3,000 | $24.4500 |
| | 10/22/03 | 7,900 | $24.8000 |
| | 10/30/03 | 11,800 | $24.7507 |
| | 10/31/03 | 3,500 | $24.7609 |
| | 11/10/03 | 7,800 | $25.0200 |
| | 01/02/04 | 4,000 | $25.0900 |
| | 01/15/04 | 8,900 | $26.9179 |
| | 01/20/04 | 3,800 | $27.0000 |
| | 01/22/04 | 3,300 | $27.1054 |
| | 03/02/04 | 7,400 | $27.6275 |
| | 03/24/04 | 4,600 | $25.8662 |
| | 03/29/04 | 1,500 | $27.5200 |
| | 04/15/04 | 3,900 | $25.5278 |
| | 04/16/04 | 7,800 | $25.8001 |
| | 04/23/04 | 4,300 | $25.3861 |
| | 05/26/04 | 3,800 | $25.1550 |
| | 06/24/04 | 3,900 | $25.4786 |
| | 01/28/05 | 4,000 | $26.3300 |
| | 02/07/05 | 3,500 | $26.9743 |
| | 02/08/05 | 3,100 | $26.8491 |
| | 02/08/05 | 800 | $26.8500 |
| | 02/08/05 | 2,900 | $26.6316 |
| | 02/08/05 | 1,200 | $26.8500 |
| | 02/16/05 | 6,500 | $26.2577 |
| | 03/16/05 | 1,900 | $24.9377 |
| | 03/22/05 | 8,300 | $24.7000 |

# SCHEDULE A
## ACTIVEST PT- MASTER FONDS TRANSACTIONS IN MBNA CORP. (NYSE: KRB)

| | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 01/28/04 | 16,937 | $26.5000 |
| | 08/18/04 | 4,500 | $23.8473 |
| | 08/27/04 | 10,900 | $24.0845 |
| | 12/15/04 | 6,400 | $27.3000 |
| | 03/01/05 | 20,400 | $25.6500 |
| | 03/10/05 | 1,600 | $26.2800 |
| | 03/17/05 | 48,019 | $24.7919 |
| | 04/04/05 | 16,000 | $24.3000 |
| | 04/20/05 | 3,000 | $23.4000 |
| **Sale(s):** | | | |
| | 04/26/04 | 200 | $25.6300 |
| | 04/26/04 | 3,400 | $25.7000 |
| | 11/18/04 | 3,800 | $26.8900 |
| | 12/15/04 | 2,400 | $27.7000 |
| | 01/03/05 | 54,400 | $28.4589 |
| | 01/12/05 | 9,800 | $27.6100 |