UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MBNA CORP., et al., <br><br> Defendants. | Civil Action No. 1:05-cv-04725-KMK <br><br> CLASS ACTION |
| VIRGINIA MCMATH, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MBNA CORP., et al., <br><br> Defendants. | Civil Action No. 1:05-cv-05168-KMK <br><br> CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of City of Deerfield Beach Non-Uniform Employees Retirement Plan ("City of Deerfield Beach") for Consolidation, Appointment As Lead Plaintiff And Approval Of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1.   The Actions are hereby consolidated;

2.   City of Deerfield Beach is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.   The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____     _____
                                THE HONORABLE KENNETH M. KARAS
                                UNITED STATES DISTRICT JUDGE

I:\MBNA\LP Motion\NY\LP Order.doc

- 1 -