UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>vs. :<br><br>MBNA CORP., et al., :<br><br>Defendants. : | Civil Action No. 1:05-cv-04725-KMK<br><br><u>CLASS ACTION</u> |
| VIRGINIA MCMATH, On Behalf of Herself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>vs. :<br><br>MBNA CORP., et al., :<br><br>Defendants. : | Civil Action No. 1:05-cv-05168-KMK<br><br><u>CLASS ACTION</u> |

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF CITY OF DEERFIELD BEACH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Mario Alba Jr., declares, under penalty of perjury:

1. I am an associate with Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the related action entitled *James M. Baker vs. MBNA Corp., et al.*, Civil Action No. 1:05-cv-00272-GMS (the "*Baker* Action") filed in the District of Delaware. I submit this Declaration in support of the motion of City of Deerfield Beach Non-Uniform Employees Retirement Plan ("City of Deerfield Beach") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the *Baker* Action on *Business Wire*, a national, business-oriented newswire service, on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of City of Deerfield Beach at $36,530.52, in connection with its purchases of MBNA Corp. shares.

4. Attached hereto as Exhibit C is the certification of City of Deerfield Beach.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

DATED: July 5, 2005

                                                /s/ Mario Alba Jr.
                                                MARIO ALBA JR.

I:\MBNA\LP Motion\NY\LP Decl.doc

**CERTIFICATE OF SERVICE**

I, Mario Alba, Jr., hereby certify that on July 5, 2005, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Declaration of Mario Alba, Jr. in Support of the Motion of City of Deerfield Beach for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel; and
>
> Memorandum in Support of the Motion of City of Deerfield Beach for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ Mario Alba Jr.
Mario Alba, Jr.

MBNA CORP. (NY)

Service List - 7/1/2005    (05-0098N)

Page 1 of 1

**Counsel For Defendant(s)**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
   212/558-4000
   212/558-3588 (Fax)

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19899
   302/571-6600
   302/571-1253 (Fax)

**Counsel For Plaintiff(s)**

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
   412/391-5164
   412/471-1033 (Fax)

Curtis V. Trinko
Jeffrey B. Silverstein
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
   212/490-9550
   212/986-0158 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
   561/750-3000
   561/750-3364 (Fax)