UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>        Defendants. | Civil Action No. 05cv4725<br><br>Filed Electronically |

**AFFIDAVIT OF RYAN C. WILLIAMS IN SUPPORT OF DEFENDANTS'
MOTION TO CONSOLIDATE THIS ACTION WITH A RELATED ACTION
AND TRANSFER THESE ACTIONS TO THE DISTRICT OF DELAWARE**

STATE OF NEW YORK   )
                                ) ss.
COUNTY OF NEW YORK  )

        RYAN C. WILLIAMS, being duly sworn, deposes and says:

        1.        I am an associate with the firm of Sullivan & Cromwell LLP, attorneys for defendants in this action.

        2.        Attached hereto as Exhibit A is a true and correct copy of the complaint in *Baker* v. *MBNA Corp.*, No. 1:05-CV-00272-GMS (D. Del. filed May 5, 2005).

3. Attached hereto as Exhibit B is a true and correct copy of the complaint in *Phillips* v. *MBNA Corp.*, No. 1:05-CV-00277-GMS (D. Del. filed May 9, 2005).

4. Attached hereto as Exhibit C is a true and correct copy of the complaint in *Wilkins* v. *MBNA Corp.*, No. 1:05-CV-00287-GMS (D. Del. filed May 12, 2005).

5. Attached hereto as Exhibit D is a true and correct copy of the complaint in *Bronstein* v. *MBNA Corp.*, No. 1:05-CV-00289-GMS (D. Del. filed May 13, 2005).

6. Attached hereto as Exhibit E is a true and correct copy of the complaint in *Penn* v. *MBNA Corp.*, No. 1:05-CV-00293-GMS (D. Del. filed May 13, 2005).

7. Attached hereto as Exhibit F is a true and correct copy of the complaint in *Jones* v. *MBNA Corp.*, No. 1:05-CV-00316-GMS (D. Del. filed May 20, 2005).

8. Attached hereto as Exhibit G is a true and correct copy of the complaint in *Blum* v. *MBNA Corp.*, No. 1:05-CV-00372-KAJ (D. Del. filed June 8, 2005).

9. Attached hereto as Exhibit H is a true and correct copy of the complaint in *Cussen* v. *MBNA Corp.*, No. 1:05-CV-00389-UNA (D. Del. filed June 13, 2005).

10. Attached hereto as Exhibit I is a true and correct copy of the complaint in *Lemon Bay Partners LLP* v. *Hammonds*, No. 1:05-CV-00327-GMS (D. Del. filed May 25, 2005).

11. Attached hereto as Exhibit J is a true and correct copy of the complaint in *Benoit* v. *Hammonds*, No. 1:05-CV-00361- KAJ (D. Del. filed June 6, 2005).

12. Attached hereto as Exhibit K is a true and correct copy of the complaint in *Cannon* v. *MBNA Corp.*, No. 05-426 (D. Del. filed June 24, 2005).

_____
Ryan C. Williams

Subscribed and sworn to before me
this 7th day of July, 2005.

_____
Notary Public

GAURAV I. SHAH
Notary Public, State of New York
No. 02SH6083029
Qualified in New York County
Commission Expires Nov. 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2005 I caused a copy of the foregoing Affidavit of Ryan C. Williams in Support of Defendants' Motion to Consolidate This Action With a Related Action and to Transfer These Actions to the District of Delaware to be delivered by hand to:

> Curtis V. Trinko
> Law Offices of Curtis V. Trinko, LLP
> 16 West 46th Street
> 7th Floor
> New York, NY 10036
> Telephone: (212) 490-9550
> Fax: (212) 986-0158

_____
Ryan C. Williams