**LERACH**
**COUGHLIN**
**STOIA**
**GELLER**
**RUDMAN**
**& ROBBINS LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/05

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Mario Alba, Jr.
malba@lerachlaw.com

**MEMO ENDORSED**

July 5, 2005

VIA FACSIMILE

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: *Kimball v. MBNA Corp., et al.*, 05-cv-04725 (KMK) and all related cases

Dear Judge Karas:

My firm has recently been retained to represent an institutional investor who wishes to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on May 5, 2005; accordingly, our client must file its motion no later than today, July 5, 2005.

Your Honor's Individual Practices, however, require that "For motions other than discovery motions, a pre-motion conference with the Court is required for any motion except motions brought on by ...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion today. We apologize for not requesting a pre-motion conference at an earlier date, but our client only very recently advised us that it wishes to seek appointment as lead plaintiff.

Respectfully submitted,

Mario Alba, Jr.

cc: attached service list (by facsimile)

200 Broadhollow Road, Suite 406 • Melville, NY 11747 • 631.367.7100 • Fax 631.367.1173 • www.lerachlaw.com

MBNA CORP. (NY)
Service List - 7/1/2005    (05-0098N)
Page 1 of 1

**Counsel For Defendant(s)**

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
   212/558-4000
   212/558-3588(Fax)

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
Wilmington, DE 19899
   302/571-6600
   302/571-1253(Fax)

**Counsel For Plaintiff(s)**

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
   412/391-5164
   412/471-1033(Fax)

Curtis V. Trinko
Jeffrey B. Silverstein
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
   212/490-9550
   212/986-0158(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
   561/750-3000
   561/750-3364(Fax)

---

*The application by Lerach Coughlin to file a motion on behalf of a would-be lead plaintiff is GRANTED. The motion shall be filed forthwith. Upon receipt of any other similar motions filed by other plaintiffs, the Court will set a briefing schedule.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/5/05