UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
| USDC SDNY
| DOCUMENT
| ELECTRONICALLY FILED
| DOC #: _____
| DATE FILED: 7\20\05
```

---

**Scott Kimball,** *on behalf of himself and all others*
*similarly situated*

                                        **Plaintiffs.**

        -v-

**MBNA, et al**
                            **Defendants.**

Case No.05-cv-04725 (KMK)

ORDER SETTING
PRE- MOTION CONFERENCE

---

KENNETH M. KARAS, District Judge:

        The Court hereby ORDERS that the parties appear for a pre motion

conference in this case. The conference shall be held on July 27, 2005 at 2:30pm in the United

States Courthouse for the Southern District of New York, Courtroom 21D-

500 Pearl Street, New York, New York.

SO ORDERED.

Dated:        July 19 , 2005
              New York, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE