**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated, | : : : |
| Plaintiff, | : Civil Action No. 05cv4725 (KMK) |
| v. | : : |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : : : : : : |
| Defendants. | : |
| VIRGINIA McMATH, On Behalf of Herself and All Others Similarly Situated, | : : : |
| Plaintiff, | : Civil Action No. 05cv5168 (KMK) |
| v. | : : **Filed Electronically** |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : : : : : : |
| Defendants. | : |

**DEFENDANTS' RESPONSE TO MOTIONS FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

In response to the Court's July 12, 2005 Order, defendants submit this response to the motions for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel filed by the Law Offices of Curtis V. Trinko, LLP (on behalf of Scott Kimball, Virginia McMath, M. B. Kajbafnezhad, James Moran and Nancy Moran), Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP (on behalf of the City of Deerfield Beach) and Milberg, Weiss, Bershad & Schulman, LLP (on behalf of Activest Investmentgesellschaft mbH).[1]

Defendants take no position on which of the above-mentioned putative class members should ultimately be appointed as lead plaintiff in this litigation under 15 U.S.C. § 78u-4(a). They submit this response simply to reiterate their position, as stated in their July 13, 2005 letter to the Court, that the two putative class actions currently pending before the Court should be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Delaware where seven nearly-identical putative class actions, as well as two closely–related derivative actions and a closely–related ERISA action, are already pending.[2]

---

[1] Views and information submitted by defendants may be considered on a motion for appointment as lead counsel because "a therapeutic appointment process such as is envisioned by the PSLRA will work better with more information than less." *King* v. *Livent, Inc.,* 36 F. Supp. 2d 187, 191 (S.D.N.Y. 1999); *see also Yates* v. *Open Joint Stock Co.*, No. 04 Civ. 9472, 2005 U.S. Dist. LEXIS 7717, at *3-4 (S.D.N.Y. Apr. 26, 2005); *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust* v. *LaBranche & Co.*, No. 03 Civ. 8264 Sec., 2004 U.S. Dist. LEXIS 9571, at *30-32 (S.D.N.Y. May 27, 2004); *In re Livent, Inc. Noteholders Litig.*, 151 F. Supp. 2d 371, 438 (S.D.N.Y. 2001).

[2] The seven putative securities class actions currently pending in the District of Delaware are: *Baker* v. *MBNA Corp.*, No. 1:05-CV-00272-GMS (D. Del. filed May 5, 2005); *Phillips* v. *MBNA Corp.*, No. 1:05-CV-00277-GMS (D. Del. filed May 9, 2005); *Wilkins* v. *MBNA Corp.*,

(*footnote continued*)

On July 5, 2005, two of the class members seeking to be appointed as lead plaintiff here—the City of Deerfield Beach (represented by Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP) and Activest Investmentgesellschaft mbH (represented by Milberg, Weiss, Bershad & Schulman, LLP)—filed similar motions in the District of Delaware seeking to be appointed as lead plaintiff there. On the same day, a third putative class member, ARCA S.G.R. S.p.A. also moved for appointment as lead plaintiff in the District of Delaware.

The Second Circuit has recognized that the pendency of related claims in a separate district strongly favors transfer. *Wyndham Assocs.* v. *Bintliff*, 398 F.2d 614, 619 (2d Cir. 1968). Defendant MBNA Corporation is headquartered in the District of Delaware, the conduct alleged in plaintiffs' complaints occurred largely in the District of Delaware and the majority of witnesses and documentary evidence relevant to these actions is located in the District of Delaware.

Defendants have an interest in ensuring that these actions and the ten related actions pending in the District of Delaware proceed in an orderly manner that will avoid unnecessary duplication and inefficiencies. Defendants thus respectfully request

_____
(*footnote continued*)
No. 1:05-CV-00287-GMS (D. Del. filed May 12, 2005); *Bronstein* v. *MBNA Corp.*, No. 1:05-CV-00289-GMS (D. Del. filed May 13, 2005); *Penn* v. *MBNA Corp.*, No. 1:05-CV-00293-GMS (D. Del. filed May 13, 2005); *Jones* v. *MBNA Corp.*, No. 1:05-CV-00316-GMS (D. Del. filed May 20, 2005); and *Blum* v. *MBNA Corp.*, No. 1:05-CV-00372-KAJ (D. Del. filed June 8, 2005). The two derivative actions are *Lemon Bay Partners LLP* v. *Hammonds*, No. 1:05-CV-00327-GMS (D. Del. filed May 25, 2005) and *Benoit* v. *Hammonds*, No. 1:05-CV-00361-KAJ (D. Del. filed June 6, 2005), and the putative ERISA class action, filed on behalf of a putative class of investors in MBNA's 401K Plus Savings plan, is *Cannon* v. *MBNA*, No. 1:05-CV-00429-UNA (D. Del. filed June 24, 2005).

that the Court defer ruling on the pending motions for appointment as lead counsel until after the Court has had an opportunity to consider defendants' motion to transfer these actions to the District of Delaware, which defendants sought leave to file in their July 13 letter.

Dated: July 22, 2005                             Respectfully submitted,

                                                 By:    s/ Richard C. Pepperman, II
                                                    Richard J. Urowsky (RU-0334)
                                                    Richard C. Pepperman, II (RP-0957)
                                                 SULLIVAN & CROMWELL LLP
                                                 125 Broad Street
                                                 New York, New York 10004
                                                 (212) 558-4000

                                                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005 I caused a copy of the foregoing defendants' Response to Motions for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel to be delivered by United States mail, first class, postage prepaid to:

>Curtis V. Trinko
>Law Offices of Curtis V. Trinko, LLP
>16 West 46th Street
>7th Floor
>New York, NY 10036
>Telephone: (212) 490-9550
>Fax: (212) 986-0158
>
>Mario Alba, Jr.
>Lerach, Coughlin, Stoia, Geller Rudman & Robbins, LLP
>200 Broadhollow Road, Suite 406
>Melville, NY 11747
>Telephone: (631) 367-7100
>Fax: (631) 367-1173
>
>Mary K. Blasy
>Lerach Coughlin Stoia Geller Rudman & Robbins LLP
>401 B Street, Suite 1600
>San Diego, California 92101
>
>Paul J. Geller
>Lerach Coughlin Stoia Geller Rudman & Robbins LLP
>197 South Federal Highway, Suite 200
>Boca Raton, Florida 33432
>
>Richard M. Morse
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Andrei Rado
Steven G. Schulman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
501 Silverside Road
Suite 90
Wilmington, DE 19809

Alfred G. Yates, Jr.
Gerry Rutledge
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

                                                 s/ Richard C. Pepperman, II