UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    ECF CASE

| | |
|---|---|
| SCOTT KIMBALL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUSTHER, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER AND JOHN W. SCHEFLEN,<br><br>DEFENDANTS. | Case No. 1:05-cv-04725-KMK |
| VIRGINIA MCMATH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUSTHER, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER AND JOHN W. SCHEFLEN,<br><br>DEFENDANTS. | Case No. 1:05-cv-05168-KMK |

**KIMBALL MOVANTS' NOTICE OF WITHDRAWAL**

Proposed lead plaintiffs, Scott Kimball, Virginia McMath, M.B. Kajbafnezhad, James Moran, and Nancy Kisha Moran (the "Kimball Movants"), hereby withdraw, without prejudice, their motion for appointment as lead plaintiff and for approval of their selection of lead counsel, in the above-captioned actions.   The Kimball Movants respectfully submit that they have

carefully evaluated all of the competing motions for lead plaintiff in the above-captioned actions, including the computations of the financial interests possessed by each movant, as well as each movant's suitability to lead this class action. Based on this evaluation, the Kimball Movants have determined that they do not possess the largest financial interest in this litigation.

The Kimball Movants, however, continue to believe that they are also adequately able to protect the interests of the proposed class by serving as lead plaintiff and class representatives in this action, and respectfully request such an appointment in the event the Court deems it necessary or desirable to supplement or replace one or both of the other movants for appointment as lead plaintiff in these proceedings.

DATED: July 22, 2005

LAW OFFICES CURTIS V. TRINKO, LLP

By: _____s/_____

CURTIS V. TRINKO (CT-1838)
JEFFREY B. SILVERSTEIN (JS-4818)
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: (212) 490-9550
Fax: (212) 986-0158
E-mail: ctrinko@trinko.com

LAW OFFICE OF ALFRED G. YATES JR., PC
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
429 Forbes Avenue,
519 Allegheny Building
Pittsburgh, PA  15219-1649
Telephone: (412) 391-5164
Fax: (412) 471-1033
Email: yateslaw@aol.com
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I, Jeffrey B. Silverstein, hereby certify that on July 22, 2005, I caused a true and correct copy of the attached:

## **KIMBALL MOVANTS' NOTICE OF WITHDRAWAL**

to be served by fax transmission and first-class mail, postage prepaid, to all counsel on the attached service list.

                                                                                s/
                                                         Jeffrey B. Silverstein