UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT KIMBALL, On behalf of himself and others similarly situated,

          Plaintiff,

-v-

MBNA CORP., et al.,

          Defendants.

Case No. 05-CV-04725 (KMK)

ORDER

VIRGINIA McMATH, On behalf of herself and all others similarly situated,

          Plaintiff,

-v-

MBNA CORP., et al.,

          Defendants.

Case No. 05-CV-05168 (KMK)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 7/28/05

KENNETH M. KARAS, District Judge:

As discussed at the conference held before the Court on July 27, 2005, Plaintiffs in both of the above-named actions shall file their responses to Defendants' Motion to Consolidate This Action With a Related Action and Transfer These Actions to the District of Delaware on or before August 17, 2005; Defendants shall reply on or before August 23, 2005; the Court will hear argument on August 29, 2005 at 11:00 AM.

SO ORDERED.

Dated:    July 28, 2005
           New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE