

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT KIMBALL, On behalf of himself and others similarly situated,

          Plaintiff,

-v-

MBNA CORP., et al.,

          Defendants.

Case No. 05-CV-04725 (KMK)

ORDER

VIRGINIA McMATH, On behalf of herself and all others similarly situated,

          Plaintiff,

-v-

MBNA CORP., et al.,

          Defendants.

Case No. 05-CV-05168 (KMK)

KENNETH M. KARAS, District Judge:

Oral argument concerning Defendants' Motion to Consolidate the above-captioned cases and Transfer Venue was heard before this Court on August 29, 2005. For the reasons stated on the record, Defendants' motion is GRANTED. This case shall be transferred forthwith to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated:    August 29, 2005
          New York, New York

                              KENNETH M. KARAS
                              UNITED STATES DISTRICT JUDGE

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
      DEPUTY CLERK