UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
: 
SCOTT KIMBALL, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-04725-KMK
: 
Plaintiff, : CLASS ACTION
: 
vs. : 
: 
MBNA CORP., BRUCE L. HAMMONDS, : 
KENNETH A. VECCHIONE, RICHARD K. : 
STRUTHERS, CHARLES C. KRULAK, JOHN : 
R. COCHRAN, III, MICHAEL G. RHODES, : 
LANCE L. WEAVER, and JOHN W. : 
SCHEFLEN, : 
: 
Defendants. : 
―――――――――――――――――――――x
: 
VIRGINIA McMATH, On behalf of herself and : 
all others similarly situated, : Case No. 1:05-cv-05168-KMK
: 
Plaintiff, : CLASS ACTION
: 
vs. : 
: 
MBNA CORP., BRUCE L. HAMMONDS, : 
KENNETH A. VECCHIONE, RICHARD K. : 
STRUTHERS, CHARLES C. KRULAK, JOHN : 
R. COCHRAN, III, MICHAEL G. RHODES, : 
LANCE L. WEAVER, and JOHN W. : 
SCHEFLEN, : 
: 
Defendants. : 
―――――――――――――――――――――x

**NOTICE OF MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that class member Activest Investmentgesellschaft mbH for account of the PT-Master fund and Enerfonds ("Activest") by its counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY, for an Order: (i) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Activest as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii); (iii) approving Activest's selection of the law firm of Milberg Weiss Bershad & Schulman LLP to serve as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Activest submits herewith a Memorandum of Law, [Proposed] Order and the Declaration of Peter E. Seidman dated July 5, 2005.

DATED: July 5, 2005

Respectfully submitted,
**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By:  /s/ Peter E. Seidman
Steven G. Schulman  (SS-2561)
Peter E. Seidman (PS-8769)
Andrei V. Rado (AR-3724)
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

## CERTIFICATE OF SERVICE BY ATTORNEY

I, Andrei V. Rado, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 5th day of July 2005.

1. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENTAS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

2. [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL;

3. NOTICE OF MOTION OFACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL; and

4. DECLARATION OF PETER E. SEIDMAN IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.

_____/s/_____
Andrei V. Rado

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Curtis V. Trinko
Jeffrey B. Silverstein
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel.: (212) 490-9550
Fax: (212) 986-0158

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Joseph A. Rosenthal
Jeffrey S. Goddess
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel.: (302) 656-4433
Fax: (302) 658-7567

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101-4297
Tel.: (619) 231-1058
Fax: (619) 231-7423

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

| | |
|---|---|
| James M. Orman<br>**JAMES M. ORMAN, ATTORNEY AT LAW**<br>1845 Walnut Street, 14th Floor<br>Philadelphia, PA 19103<br>Tel.: (215) 523-7800<br>Fax: (215) 523-9290 | Lester L. Levy<br>Michael A. Schwartz<br>Caroline S. Curtis<br>**WOLF POPPER, LLP**<br>845 Third Avenue<br>New York, NY 10017<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Roopal Luhana<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 | Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel.: (410) 332-0030<br>Fax: (410) 685-1300 |
| Karen H. Riebel<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: (612) 339-6900 | David R. Scott<br>Arthur L. Shingler, III<br>**SCOTT + SCOTT LLC**<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>Tel.: (619) 233-4565 |

*Counsel for Defendants*

**MBNA Corporation**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801