# EXHIBIT D

MBNA CORP. (NYSE: KRB)

Hold price: $20.8671

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| **ACTIVEST PT-MASTER** | | | | | | | | | | | |
| | Pre-class holdings | 90,963 | | | | | | | | | |
| | | | | | 04/26/04 | 200 | 25.6300 | | | | |
| | | | | | 04/26/04 | 3,400 | 25.7000 | | | | |
| | | | | | 11/18/04 | 3,800 | 26.8900 | | | | |
| | | | | | 12/15/04 | 2,400 | 27.7000 | | | | |
| | | | | | 01/03/05 | 54,400 | 28.4589 | | | | |
| | | | | | 01/12/05 | 9,800 | 27.6100 | | | | |
| | | | | | **Total** | **74,000** | | | | | |
| | 01/28/04 | 16,937 | 26.5000 | 448,830.50 | | | | | 16,937 | 353,425.38 | (95,405.12) |
| | 08/18/04 | 4,500 | 23.8473 | 107,312.85 | | | | | 4,500 | 93,901.76 | (13,411.09) |
| | 08/27/04 | 10,900 | 24.0845 | 262,521.05 | | | | | 10,900 | 227,450.94 | (35,070.11) |
| | 12/15/04 | 6,400 | 27.3000 | 174,720.00 | | | | | 6,400 | 133,549.18 | (41,170.82) |
| | 03/01/05 | 20,400 | 25.6500 | 523,260.00 | | | | | 20,400 | 425,688.00 | (97,572.00) |
| | 03/10/05 | 1,600 | 26.2800 | 42,048.00 | | | | | 1,600 | 33,387.29 | (8,660.71) |
| | 03/17/05 | 48,019 | 24.7919 | 1,190,482.25 | | | | | 48,019 | 1,002,015.30 | (188,466.95) |
| | 04/04/05 | 16,000 | 24.3000 | 388,800.00 | | | | | 16,000 | 333,872.94 | (54,927.06) |
| | 04/20/05 | 3,000 | 23.4000 | 70,200.00 | | | | | 3,000 | 62,601.18 | (7,598.82) |
| **ACTIVEST PT-MASTER Totals** | | 127,756 | | 3,208,174.65 | | 0 | | 0.00 | 127,756 | 2,665,891.97 | (542,282.68) |
| **ACTIVEST ENERFONDS** | | | | | | | | | | | |
| | Pre-class holdings | 161,300 | | | | | | | | | |
| | | | | | 17-Oct-03 | 3,000 | 24.4500 | | | | |
| | | | | | 22-Oct-03 | 7,900 | 24.8000 | | | | |
| | | | | | 30-Oct-03 | 11,800 | 24.7507 | | | | |
| | | | | | 31-Oct-03 | 3,500 | 24.7609 | | | | |
| | | | | | 10-Nov-03 | 7,800 | 25.0200 | | | | |
| | | | | | 02-Jan-04 | 4,000 | 25.0900 | | | | |
| | | | | | 15-Jan-04 | 8,900 | 26.9179 | | | | |
| | | | | | 20-Jan-04 | 3,800 | 27.0000 | | | | |
| | | | | | 22-Jan-04 | 3,300 | 27.1054 | | | | |
| | | | | | 02-Mar-04 | 7,400 | 27.6275 | | | | |
| | | | | | 24-Mar-04 | 4,600 | 25.8662 | | | | |
| | | | | | 29-Mar-04 | 1,500 | 27.5200 | | | | |
| | | | | | 15-Apr-04 | 3,900 | 25.5278 | | | | |
| | | | | | 16-Apr-04 | 7,800 | 25.8001 | | | | |
| | | | | | 23-Apr-04 | 4,300 | 25.3861 | | | | |
| | | | | | 26-May-04 | 3,800 | 25.1550 | | | | |
| | | | | | 24-Jun-04 | 3,900 | 25.4786 | | | | |
| | | | | | 28-Jan-05 | 4,000 | 26.3300 | | | | |
| | | | | | 07-Feb-05 | 3,500 | 26.9743 | | | | |
| | | | | | 08-Feb-05 | 3,100 | 26.8491 | | | | |
| | | | | | 08-Feb-05 | 800 | 26.8500 | | | | |
| | | | | | 08-Feb-05 | 2,900 | 26.6316 | | | | |
| | | | | | 08-Feb-05 | 1,200 | 26.8500 | | | | |
| | | | | | 16-Feb-05 | 6,500 | 26.2577 | | | | |
| | | | | | 16-Mar-05 | 1,900 | 24.9377 | | | | |
| | | | | | 22-Mar-05 | 8,300 | 24.7000 | | | | |

**MBNA CORP. (NYSE: KRB)**

Hold price: $20.8671

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT (1) | | | |
| | 29-Sep-04 | 11,400 | 25.5343 | 291,091.02 | | | | | 11,400 | 237,884.47 | (53,206.55) |
| | 30-Sep-04 | 3,900 | 25.5256 | 99,549.84 | | | | | 3,900 | 81,381.53 | (18,168.31) |
| | 04-Oct-04 | 3,800 | 25.9048 | 98,438.24 | | | | | 3,800 | 79,294.82 | (19,143.42) |
| | 21-Dec-04 | 7,700 | 28.2971 | 217,887.67 | | | | | 7,700 | 160,676.35 | (57,211.32) |
| | | Total 123,400 | | | | | | | | | |
| ACTIVEST ENERFONDS Totals | | 26,800 | | 706,966.77 | | 0 | | 0.00 | 26,800 | 559,237.18 | (147,729.59) |
| Total Losses | | 154,556 | | 3,915,141.42 | | 0 | | 0.00 | 154,556 | 3,225,129.14 | (690,012.27) |

(1) Sales have been applied to purchases on a FIFO basis.
(2) Held shares have been valued using an average closing price of $20.8671