# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS J. CUSSEN, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER and JOHN W. SCHEFLEN,<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | C.A. No.05-389-GMS |

**NOTICE OF VOLUNTARY DISMISSSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　WHEREAS, putative class member Thomas J. Cussen ("Cussen") filed a class action complaint on behalf of himself and all others similarly situated against MBNA Corp. and the above-captioned individual defendants on June 13, 2005, captioned Cussen v. MBNA Corp., et al., C.A. No. 05-389 GMS ("Complaint"); and

　　　WHEREAS, Cussen no longer intends to pursue the Complaint in this action on behalf of himself or the class;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to federal Rule of Civil Procedure 41(a)(1), Cussen voluntarily dismisses the Complaint without prejudice.

Date:  July 5, 2005

                                                     /s/
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1402, 919 Market Street
P.O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433

David R. Scott
Scott & Scott LLC
PO Box 192
108 Norwich Ave.
Colchester, CT  06415
(860) 537-3818

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

No parties having appeared in this action, service of this Notice Of Voluntary Dismissal is not required.

Courtesy copies are being sent via e-mail to the following listed attorneys/non-registered participants in the various related actions:

      Mary K. Blasy, Esquire
      Learch Coughlin Stoia Geller Rudman & Robbins LLP
      maryb@lerachlaw.com

      Seth D. Rigrodsky, Esquire
      Milberg Weiss Bershad & Schulman LLP
      srigrodsky@milbergweiss.com

      Marc A. Topaz, Esquire
      Schiffrin & Barroway, LLP
      mtopaz@sbclasslaw.com

      Robert P. Frutkin, Esquire
      Law Offices Bernard M. Gross, P.C.
      rpf@bernardmgross.com

      Lester L. Levy, Esquire
      Wolf Popper LLP
      llevy@wolfpopper.com

      Ralph Nicholas Sianni, Esquire
      Milberg Weiss Bershad & Schulman LLP
      rsianni@milbergweiss.com

      A. Zachary Naylor, Esquire
      Chimicles & Tikellis LLP
      zacharynaylor@chimicles.com

      Joseph N. Gielata, Esquire
      joe@gielatalaw.com

Karen H. Riebel, Esquire
Lockridge Grindal Nauen P.L.L.P.
khriebel@locklaw.com

Mark C. Rifkin, Esquire
Wolf Haldenstein Adler Freeman & Herz LLP
rifkin@whafh.com

Richard H. Morse, Esquire
Young, Conaway, Stargatt & Taylor LLP
rmorse@ycst.com

_____
JEFFREY S. GODDESS (No. 630)